**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RAY CHRIS MOBLEY,**

    **Plaintiff,**

**vs.**                              **Case No. 5:07cv118/RS/MD**

**FRANK MCKEITHEN, et al.,**

    **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on May 30, 2007 by filing a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. (Docs. 1 & 2). Plaintiff was granted leave to proceed *in forma pauperis*; however, his complaint was found to be deficient. Accordingly, on June 11, 2007 this court entered an order requiring him to file an amended complaint within thirty days. (Doc. 4). Plaintiff was warned that his failure to do so would result in a recommendation that his case be dismissed for failure to prosecute and failure to comply with an order of the court.

Since that time, this court has entered show cause orders on three separate occasions directing plaintiff to show cause why his case should not be dismissed for failure to file an amended complaint. (Docs. 11, 16 & 19). In response to the first two orders, plaintiff sought and was granted extensions of time. (Docs. 14, 15, 17, 18).[1] After plaintiff failed to file an amended complaint by the last deadline, January 15, 2008, the court again issued an order directing him to show cause within twenty

---

[1] Plaintiff's amended complaint was due July 11, 2007. He was granted an extension until November 16, 2007 (doc. 15), and another until January 15, 2008 (doc. 18).

days why his case should not be dismissed for failure to prosecute and failure to comply with an order of the court.  (Doc. 19).  Over twenty days has elapsed, and plaintiff has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court, and that the clerk be directed to close the file.

DONE AND ORDERED this 7th day of March, 2008.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** ***United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**